ACCEPTED
01-14-00743-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 3:50:49 PM
CHRISTOPHER PRINE
CLERK

# DAVID A. FETTNER

COURT-APPOINTED RECEIVER

6700 Sands Point Drive  Houston, Texas 77074

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 3:50:49 PM
CHRISTOPHER A. PRINE
Clerk

Tel: (713) 626-7277                                                     Fax: (888) 876-2292

March 10, 2015

Christopher A. Prine
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066                                     *Via E-File*

RE:     Cause No.: 01-14-00743-CV; *Julie Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher and Melissa Ronacher*; In the 1st Court of Appeals of Texas.

Dear Mr. Prine:

Regarding the above-entitled and numbered cause and as requested in your phone conversation with personnel from my office today, please take this letter as clarification that I am incorrectly listed as counsel for Appellees in **Appellant's Brief**.

"David A. Fettner, Court-Appointed Receiver" should be listed as an appellee.

David A. Fettner is not counsel for any of the listed appellees.

### Procedural History - District Court

On or about July 19, 2010, a *Final Judgment* was issued in favor of Plaintiffs against Defendants in Cause No.: 2007-63130; *Sam Ramsey, Nancy Ramsey, Kurt Ronacher, and Melissa Ronacher v. John Fischer, Julie Fischer, and John Currier*; in the 234th Judicial District Court of Harris County, Texas.

On or about January 13, 2014, an *Order Requiring Turnover and Appointing Receiver* was issued by the above-referenced court whereby David A. Fettner was appointed Receiver over Defendants Julie Fischer and John Fischer's non-exempt assets (hereinafter referred to as "Receiver").

On or about May 12, 2014, an *Order on Receiver's Motion for Consent to Sell Property* was entered by the above-stated court granting David A. Fettner, Court-Appointed Receiver's *Motion for Consent to Sell Property*.

On or about July 10, 2014, Defendant Julie Fischer filed a *Motion to Vacate Order Granting Receiver's Motion for Consent to Sell Defendant's Homestead Property* ("Motion to Vacate").

Thereafter the Receiver filed *Receiver's Response to Julie Fischer's Motion to Vacate Order Granting Receiver's Motion for Consent to Sell Defendant's Homestead Property*.

On or about August 7, 2014, the above-stated court denied Julie Fischer's Motion to Vacate.

On or about September 6, 2014, Julie Fischer filed a *Notice of Appeal* of the August 7, 2014 order denying Julie Fischer's Motion to Vacate based on a lack of jurisdiction.

## Procedural History - Appellate Court

On or about September 8, 2014, the letter of assignment from the District Court Clerk and copy of the *Notice of Appeal* filed by Julie Fischer was received and docketed in this Court as Cause Number 01-14-00743-CV and styled *Julie Fischer v. Sam Ramsey, Nancy Ramsey, Kurt Ronacher, and Melissa Ronacher*.

## Explanation

As this appeal derives from the District Court's order denying Julie Fischer's Motion to Vacate an order granting a motion filed by the Receiver, "David A. Fettner, Court-Appointed Receiver" should be identified as an appellee.

I thank you for your time and should you have any questions or need anything further, please feel free to contact me. Thank you.

Sincerely,

/s/ David A. Fettner
David A. Fettner
Court-Appointed Receiver

DAF/cgg

cc:    William K. Vaughn                    *Via E-Service*
                                            *and/or Via Facsimile: (713) 568-2732*
                                            *and/or Via First Class Mail*

N:\Matters\Active\Fischer(D)-Ramsey-Rec (1481)\Julie Fischer v. Ramsey, et al. (COA)\Corr\Clerk listing appellee 0310 15 100.wpd